JOHN S. TAYLOR, C. E. JACKSON, D. BYRD MCMULLEN, GEORGE EDWARDS AND G. W. STAHL, AS AND CONSTITUT- ING THE BOARD OF COUNTY COMMISSIONERS OF PINELLAS COUNTY, FLORIDA, AND E. B. MCMNLLEN, AS TAX COL- LECTOR OF SAID COUNTY, *Appellants*, v. PINELLAS TRUCK GROWING COMPANY, A CORPORATION, *Appellee*.

Decision Filed March 12, 1920.

An Appeal from an Order of the Circuit Court within and for the County of Pinellas, O. K. Reaves, Judge.

*Davis* & *Pierce*, for Appellants;

*A. K. Cook*, for Appellee.

PER CURIAM.—This cause having heretofore been sub- mitted to the Court upon the transcript of the record of the Order aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judg- ment to be given in the premises, it seems to the Court that there is no error in the said Order; it is, therefore, considered, ordered and adjudged by the Court that the said Order of the Circuit Court be and the same is hereby affirmed.

All concur.